```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOAN STERRETT,

                        Plaintiff,           20-CV-1113 (KHP)

    -against-                            **STATUS ORDER**

SHEST HACKING CORP. and JOHN DOE,
*a fictitious person the identity of whom is*
*presently unknown*

                       Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court requested a status update from the parties by November 20, 2020 (*see* ECF No. 18,) but the parties have not submitted the letter as required. The parties shall submit a status update by **no later than December 4, 2020**.

      **SO ORDERED.**

DATED:     New York, New York
              November 24, 2020

                                         *[signature: Katharine H. Parker]*
                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge