```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joan Sterrett,

                Plaintiff,

-against-

Shest Hacking Corp., et al,

                Defendants.

**ORDER**

1:20-cv-01113 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter, it is ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Friday February 5, 2021,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before February 5, 2021; any request filed thereafter may be denied solely on that basis.**

SO ORDERED.

Dated: New York, New York
       December 7, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge