USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_2/16/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joan Sterrett,

                    Plaintiff,

          -against-

Shest Hacking Corp., et al,

                    Defendants.

**ORDER**

**1:20-cv-01113 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

WHEREAS on December 7, 2020 (ECF No. 22), the Court ordered that this action would be dismissed unless one or more parties filed a letter by February 5, 2021 requesting that the case not be dismissed; and

WHEREAS no party has filed a letter requesting that this case not be dismissed;

**IT IS HEREBY ORDERED that this case is dismissed.  The Clerk of the Court is respectfully directed to terminate all open motions and to close the case.**

**SO ORDERED.**

Dated: New York, New York
       February 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge